**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **GREENWOOD BIBLE DELIVERANCE** | **)** |
| **CHURCH, INC., et al.,** | **)** |
| | **)** |
| **Plaintiffs,** | **)** |
| | **)** |
| **v.** | **)CIVIL ACTION 19-0406-WS-MU** |
| | **)** |
| **IRENE SONIER,** | **)** |
| | **)** |
| **Defendant.** | **)** |

**ORDER**

In accordance with the parties' joint stipulation of dismissal, (Doc. 17), and pursuant to Rule 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, each party to bear its own costs.[1]

DONE and ORDERED this 25th day of November, 2019.


s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The parties request that the mediation settlement agreement be adopted and incorporated by reference into this order. Such an action would retain in the Court post-dismissal jurisdiction to enforce the terms of the settlement. *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 380-82 (1994). The Court declines to retain jurisdiction post-dismissal. Nor should the parties require assistance in consummating the settlement, since its terms were to be fulfilled no later than November 23, 2019. (Doc. 15).